

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00481-CV

**IN THE INTEREST OF A.M.**, Jr., a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00115
Honorable H. Paul Canales, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED, and appointed counsel's motion to withdraw is DENIED.

We order that no costs be assessed against the appellant because she is indigent.

SIGNED December 30, 2020.

_____
Rebeca C. Martinez, Justice